

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00083-CR

Tarra **SCHWARTZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0232-CR-C
Honorable Gary L. Steel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.2(a).

SIGNED August 17, 2016.

_____
Karen Angelini, Justice